IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | CRIMINAL ACTION FILE<br>NO. 7:06-CR-3 (HL) |
| WILFREDO ALAMEDA, | |
| Defendant. | |

**ORDER OF DETENTION**

The initial appearance for this defendant occurred on April 13, 2006, at which time the Assistant United States Attorney orally moved for the pre-trial detention of this defendant to be followed by a written motion for pre-trial detention. The court then ordered the temporary detention of this defendant pending a hearing on the government's motion. Subsequent to the initial appearance Gregory Voyles, Attorney at Law, was appointed to represent this defendant.

Due to scheduling conflicts the hearing on the government's motion was scheduled to occur on April 26, 2006. In view of the fact that this defendant has been indicted for a violation of the Controlled Substances Act (21 U.S.C. § 801 et seq.) which carries with it a maximum prison sentence of more than ten years, the government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community if there is probable cause to believe the offense to have been committed. The return of the indictment by the Grand Jury establishes the requisite probable cause (18 U.S.C. § 3142(d)(3)).

On or about April 20, 2006, defendant's counsel advised the court that the defendant did not oppose the government's motion for pre-trial detention inasmuch as the defendant had no

evidence with which to rebut the presumption.  Accordingly the defendant is hereby ordered **DETAINED.**  The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 27th day of April 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE